UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 1:17-mj-06066-MPK-1

UNITED STATES OF AMERICA,

v.

JOSE C. TORRES,
Defendant.

**MOTION FOR RELEASE FROM DETENTION**

The Defendant, Jose C. Torres, hereby moves this Court for an Order releasing him from custody pending the resolution of this criminal matter. The Defendant is charged in the 21 U.S.C. Section 841 with Possession with intent to distribute and distribution of heroin and cocaine.

The undersigned proposes the following combination of conditions to support Mr. Torres' application for release pending the resolution of his criminal matter.

1. Mr. Torres will agree to electronic monitoring and any curfew that the Court deems appropriate.
2. Mr. Torres will seek and maintain full time employment.
3. Mr. Torres will undergo a substance abuse evaluation and submit to treatment, if any, as deemed necessary by Pretrial Services.

4. Mr. Santos will agree to supervision by a Third-Party Custodian. His Wife, Milagros Lopez, of 39 Jackson Street, Apt. #3, Haverhill Massachusetts is willing to act in that capacity. She is a naturalized US citizen.

Mr. Torres has lived in Haverhill, Massachusetts for four years with his wife and his one-year old daughter, Lizbeth. He is not a risk of flight. He will turn over his passport to Pre-Trial Services if he possesses one.

Mr. Torres does not pose a threat to the community. His record is devoid of any adult convictions involving violence or weapons charges. Mr. Torres does not own or possess any firearms.

For the reasons stated above, and those to be advanced by counsel at a hearing, the defendant respectfully requests the Court set reasonable conditions of release at the detention hearing. The defendant submits that he will appear for each court appearance, will strictly abide by all conditions of release, and will surrender to serve any sentence that this Honorable Court imposes.

Therefore, Jose C. Torres moves this Court to revoke its order of temporary detention, and to release the defendant on bond with appropriate conditions.

Dated: April 18, 2017

RESPECTFULLY SUBMITTED
FOR THE DEFENDANT
BY HIS ATTORNEY

/s/ Scott F. Gleason

Scott F. Gleason, Esquire
GLEASON LAW OFFICES, P.C.
163 Merrimack Street
Haverhill, MA 01830
(978) 521-4044
B.B.O. Reg. No.195000

## CERTIFICATE OF SERVICE

I, Scott F. Gleason, Esquire, do hereby certify that I have this date served upon all necessary parties by way of electronic filing.

Dated: April 18, 2017

/s/Scott F. Gleason
Scott F. Gleason, Esquire